UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CIV. S-05-880 FCD/JFM

    Plaintiff,

  v.                                    O R D E R

RICHARD J. FINLEY,

    Defendant.

_____/

    The court is in receipt of the government's motion for a temporary restraining order.  Good cause appearing, the court ORDERS as follows:

    1.  The government shall personally serve defendant with service of process, the motion for a TRO and this order not later than 5 p.m. today and file proof of service of same.

    2.  Defendant's opposition to the motion for TRO shall be filed in the Clerk's Office not later than 4 p.m. tomorrow, May 5, 2005.

////

1

3. A hearing on the motion for temporary restraining order is now SET for May 6, 2005 at 1:30 p.m. in Courtroom No. 4.

IT IS SO ORDERED.

DATED: May 4, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT