

FILED

MAY 0 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              NO. 2:05-CV-00880-FCD-JFM

      Plaintiff,

  v.                                   PERMANENT INJUNCTION

RICHARD J. FINLEY,

      Defendant.

(PS) United States of America v. Finley                                       Doc. 17

    Pursuant to the STIPULATION FOR PERMANENT INJUNCTION filed herein, defendant Richard J. Finley is permanently ordered and enjoined as follows:

    1. Not to file, record or disseminate any papers that in any way adversely affect the person or property of the Honorable William B. Shubb, Assistant U.S. Attorney John K. Vincent, any of the individuals listed on the "List of We" attached to Financing Statement No. 05-7021408411, or any other federal official or employee related in any way to his criminal prosecutions.

    2. Not to take any actions to retaliate against or harass in any way the Honorable William B. Shubb, Assistant U.S. Attorney John

K. Vincent, any of the individuals listed on the "List of We" attached to Financing Statement No. 05-7021408411, or any other federal official or employee related in any way to his criminal prosecutions.

DATED: 5/6/05

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT