1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States

FILED

MAY 0 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

RICHARD J. FINLEY,

   Defendant.

NO. 2:05-CV-00880-FCD-JFM

STIPULATION THAT FINANCING
STATEMENT IS VOID; ORDER

(PS) United States of America v. Finley                                                Doc. 18

   It is stipulated between the parties as follows:

   1. UCC Financing Statement No. 05-7021408411 filed with the California Secretary of State by Richard J. Finley on March 30, 2005, naming William B. Shubb and John K. Vincent as debtors, is false and void, and should be expunged and removed from the public records of the Secretary of State, and from any other public records and filings.

   2. The California Secretary of State should expunge and remove from all public records maintained by the California Secretary of State, UCC Financing Statement No. 05-7021408411 filed with the California Secretary of State by Richard J. Finley on March 30,

2005, naming William B. Shubb and John K. Vincent as debtors.

3. The California Secretary of State should expunge and remove from all public records maintained by the California Secretary of State, any other Financing Statement or lien filed with the California Secretary of State by Richard J. Finley naming William B. Shubb and John K. Vincent as debtors.

DATED: 5-6-05

McGREGOR W. SCOTT
United States Attorney

By: _____
JOHN F. GISLA
Assistant United States Attorney
Attorneys for the United States

DATED: 5/6/05

_____
RICHARD J. FINLEY
Defendant
In Propria Persona

ORDER

Pursuant to the foregoing stipulation, and for good cause, it is ordered as follows:

1. UCC Financing Statement No. 05-7021408411 filed with the California Secretary of State by Richard J. Finley on March 30, 2005, naming William B. Shubb and John K. Vincent as debtors, is false and void, and should be removed from the public records of the Secretary of State, and from any other public records and filings.

2. The California Secretary of State should expunge and remove from all public records UCC Financing Statement No. 05-7021408411 filed with the California Secretary of State by Richard J. Finley on

1  March 30, 2005, naming William B. Shubb and John K. Vincent as
2  debtors.
3      3. The California Secretary of State should expunge and remove
4  from all public records maintained by the California Secretary of
5  State, any other Financing Statement or lien filed with the
6  California Secretary of State by Richard J. Finley naming William B.
7  Shubb and John K. Vincent as debtors.

DATED: 5/6/05

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT