```
1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States
```



FILED
MAY 0 6 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>RICHARD J. FINLEY,<br><br>         Defendant. | NO. 2:05-CV-00880-FCD-JFM<br><br>STIPULATION FOR SETTLEMENT OF CLAIMS AND DISMISSAL; DISMISSAL |

It is stipulated between the parties as follows:

1. The parties desire to completely resolve, settle and forever put to rest all claims and actions in any way arising out of or related to defendant Finley's criminal prosecutions.

2. Plaintiff United States agrees to settle and waive all claims against defendant Finley alleged in the Complaint filed in this case, including all civil penalties and statutory damages.

3. Plaintiff United States further agrees to dismiss the present case with prejudice.

4. In return for plaintiff's agreements set forth in Paragraphs 2 and 3 above, defendant Finley agrees as follows:

   a. To settle and waive all claims of any kind, including tort claims for damages under the Federal Tort Claims Act, claims for constitutional torts under <u>Bivens</u>, claims under the U.S. Constitution, and claims under any federal or state statute or law, against the Honorable William B. Shubb, Assistant U.S. Attorney John K. Vincent, any of the individuals listed on the "List of We" attached to Financing Statement No. 05-7021408411, or any other federal official or employee related in any way to his criminal prosecutions.

   b. Not to present, file or pursue any clam, administrative action or legal action of any kind with any entity against the Honorable William B. Shubb, Assistant U.S. Attorney John K. Vincent, any of the individuals listed on the "List of We" attached to Financing Statement No. 05-7021408411, or any other federal official or employee related in any way to his criminal prosecutions.

   5. Defendant Finley does hereby waive to the fullest extent permissible under law any and all rights under Section 1542 of the California Civil Code, which reads as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.

The provisions of all comparable, equivalent, or similar statutes and principles of common law of California, of the other states of the United States, and of the United States also are hereby expressly waived by defendant Finley to the same extent.

   6. Each party bears its own attorney fees and costs.

2

```
 1  DATED: 5-6-05                McGREGOR W. SCOTT
                                 United States Attorney
 2
 3
                             By: /s/ John F. Gisla
 4                               JOHN F. GISLA
                                 Assistant United States Attorney
 5                               Attorneys for the United States
 6
 7
    DATED: 5/6/05                /s/ Richard J. Finley
 8                               RICHARD J. FINLEY
                                 Defendant
 9                               In Propria Persona
10
11
                                 DISMISSAL
12
        Pursuant to the foregoing stipulation, and for good cause, this
13
    case is dismissed with prejudice, with each party bearing its own
14
    attorneys fees and costs.
15
    DATED: 5/6/05                /s/ Lawrence K. Karlton
16                               LAWRENCE K. KARLTON
                                 SENIOR JUDGE
17                               UNITED STATES DISTRICT COURT
```