1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 2:05-CV-00880-FCD-JFM |
|---|---|
| Plaintiff, | |
| v. | ORDER SEALING PAPERS |
| RICHARD J. FINLEY, | |
| Defendant. | |

The Exhibit A to the Complaint filed as Document Number: 1 contains confidential personal information that should be filed under seal.  Exhibit A In Support of Motion For Temporary Restraining Order and Preliminary Injunction filed as Document Number: 8 also contains confidential personal information that should be filed under seal.

////
////
////
////
////
////

1

1    IT IS THEREFORE ORDERED that the following documents be filed
2 under seal:
3    Exhibit A to Document Number: 1
4    Document Number: 8

6 DATED: May 9, 2005.              /s/Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
7                                  SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT